851 So.2d 907 (2003)
Larry D. MULLINS, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D02-3268.
District Court of Appeal of Florida, Third District.
August 13, 2003.
Bennett H. Brummer, Public Defender, and Marti Rothenberg, Assistant Public Defender, for appellant.
Charles J. Crist, Jr., Attorney General, and Roberta G. Mandel, Assistant Attorney General, for appellee.
Before GODERICH and SHEVIN, JJ., and NESBITT, Senior Judge.
PER CURIAM.
Affirmed. Spikes v. State, 851 So.2d 252, 2003 WL 21749522 (Fla. 3d DCA July 30, 2003); Rodriguez v. State, 826 So.2d 464 (Fla. 3d DCA 2002), rehearing denied with opinion, 837 So.2d 1177 (Fla. 3d DCA 2003), review denied, No. SC03-444, 848 So.2d 1155 (Fla. June 30, 2003); Diaz v. State, 837 So.2d 436 (Fla. 3d DCA 2002), jurisdiction pending, No. SC03-445 (Fla. 2003).